UNITED STATES DISTCICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT JAMES CONANT,**

    **Plaintiff,**

    v.

**NOBLE CORRECTIONAL INSTITUTION,** *et al.*,

    **Defendants.**

Case No. 2:23-cv-1148
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Caroline H. Gentry

## ORDER

This matter is before the Court on the Report and Recommendation issued by the Magistgrate Judge in which she recommended **DISMISSAL** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) of this case, with the exception of plaintiff's Eighth Amendment excessive force claims against defendants Freeman and Bishop.

The time for objecting has passed and no objection has been filed. Thus, this Court **ADOPTS** the Report and Recommendation (ECF No. 7) and **DISMISSES** with prejudice all claims in this action except for plaintiff's Eighth Amendment excessive force claims against defendants Freeman and Bishop. This case remains open.

    **IT IS SO ORDERED.**

**8/4/2023**           **s/Edmund A. Sargus, Jr.**
**DATE**           **EDMUND A. SARGUS, JR.**
         **UNITED STATES DISTRICT JUDGE**